GEORGE RICHARDSON v. THE STATE.

No. 9047.   Delivered February 21, 1925.

**Forgery—Appeal Dismissed.**

Appellant in proper form requests that his appeal be dismissed, and it is so ordered.

Appeal from the District Court of Green County.   Tried below before the Hon. C. E. Dubois, Judge.

Appeal from a conviction for forgery; punishment, two years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for forgery, punishment, two years in the penitentiary.

Appellant requests permission to withdraw his appeal.   Such request, being in proper form in compliance therewith the appeal is ordered dismissed.

*Dismissed.*